**United States Bankruptcy Court**
**Southern District of Florida, Fort Lauderdale Division**

IN RE:                                                                 Case No.   **16-14542-RBR**
**Alutrade, LLC.**                                                     Chapter    **11**
                    Debtor(s)

### CORPORATE OWNERSHIP STATEMENT

Pursuant to Bankruptcy Rules 1007(a) and Bankruptcy Rule 7007.1, and Local Rules 1007-1, 2003-2, 7007.1-1 and 9014-1(B),

ALLUTRADE, LLC, a
[Name of Corporate Party]

(check one):

[ X ]  Corporate Debtor

[   ]  Party to an adversary proceeding

[   ]  Party to a contested matter

[   ]  Member of committee of creditors

makes the following disclosure(s):

**All** corporations, other than a governmental unit, that directly **or indirectly** own ten percent (10%) or more of any class of the corporation's equity interests are listed below:
_____
_____
_____
_____

**OR**

[ X ]   There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Dated this **7th** day of **April**, **2016**.

                                                    */s/ Chad Van Horn*
                                                    Attorney Name, OBA #**64500**
                                                    [Address/Telephone/Fax/Email]
                                                    **Chad Van Horn**
                                                    **330 N Andrews Ave Ste 450**
                                                    **Fort Lauderdale, FL  33301-1012**
                                                    **Phone: (954) 765-3166  Fax:  (954) 756-7103**
                                                    **chad@cvhlawgroup.com**
                                                    Attorney for **Alutrade, LLC.**