| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Alutrade, LLC. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION |
| Case number (if known): | 16-14542-RBR |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Aramis Shipping LLC<br>1820 N Corporate Lakes Blvd Ste 202<br>Weston, FL 33326-3268 | | Commercial Debt | | | | $17,224.00 |
| Arigato Metals LLC<br>808 Brickell Key Dr Apt 3701<br>Miami, FL 33131-2693 | | Commercial Debt | | | | $9,907.26 |
| De Marasquin Inc., A.V.V.<br>OMC Chambers Building<br>Road Town, Tortol | | Commercial Debt | | | | $757,403.72 |
| Latmetal C.V.<br>WTC Amsterdam Tower C-11<br>Strawinskylaan | | Commercial Debt | | | | $0.00 |
| ORKA NRG AG<br>112 Via Castilla<br>Jupiter, FL 33458-6919 | | Commercial Debt | | | | $743,809.23 |
| Representaciones Alutrade, C.A.<br>Calle Paris<br>Edificio El Primero<br>Piso 0 | | Commercial Debt | | | | $109,522.44 |
| The Shopping Metal USA Inc.<br>3758 NW 54th St<br>Miami, FL 33142-3215 | | Commercial Debt | | | | $94,159.90 |