UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                                          Case No.: 16-14542-RBR
                                                                Chapter 11
ALUTRADE, LLC

    Debtor.
_____/

### DEBTOR'S VOLUNTARY MOTION TO DISMISS CHAPTER 11 CASE

ALUTRADE, LLC (the "Debtor"), by and through its undersigned counsel, hereby requests that the Court enter an Order, pursuant to 11 U.S.C. §1112(b) dismissing the Debtor's Chapter 11 case, and for cause states:

1. On March 30, 2016, the Debtor filed its voluntary petition [DE 1] under Chapter 11 of the Bankruptcy Code.

2. The Debtor, a for profit corporation, is a commodities trading company based in Florida that specialized in the procurement and sale of aluminum.

3. The Debtor and ORKA NRG AG ("ORKA") previously entered into Sales Contracts. The breach of these Sales Contracts resulted in litigation in District Court (Orka NRG AG v. Alutrade LLC at 16-cv-60014-RNS) in which the Debtor is Defendant and has exposure exceeding one million dollars.

4. The Debtor, saddled with mounting debt, entered the Chapter 11 process with the goal of reorganizing its financial affairs.

5. The Debtor and ORKA have reached an amicable settlement in regard to the District Court litigation.

7. No parties will be prejudiced by this dismissal.

Van Horn Law Group P.A.
330 N. Andrews Ave. Ste. 450 Fort Lauderdale, FL 33301

WHEREFORE, Debtor respectfully request that the Court enter an Order dismissing Debtor's Chapter 11 case and for such other further and additional relief that the Court finds just and proper.

Dated: May 3, 2016

ALUTRADE, LLC

By: Rafael Tillero,
Managing Member

                                          **Van Horn Law Group, P.A.**
                                          330 N. Andrews Ave., Suite 450
                                          Fort Lauderdale, Florida 33301
                                          (954) 765-3166
                                          (954) 756-7103 (facsimile)
                                          By: /s/ Chad Van Horn Esq.
                                          Chad Van Horn, Esq.
                                          Fla. Bar #: 064500
                                          Email: Chad@cvhlawgroup.com

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing Voluntary Motion to Dismiss was presumed served via CM/ECF to parties registered in the ECF system on the **3rd day of May, 2016**. Additionally, a copy hereof shall be served by U.S. Mail, postage prepaid, on parties not appearing electronically on the attached service list.

**Electronic Mail Notice List**
The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Chad T Van Horn on behalf of Debtor ALUTRADE, LLC
Chad@cvhlawgroup.com

See attached mail index


                                    /s/     Chad T. Van Horn Esq
                                    Chad T. Van Horn, Esq.

Van Horn Law Group P.A.
330 N. Andrews Ave. Ste. 450 Fort Lauderdale, FL 33301