UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT Lauderdale DIVISION

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER |
| Alutrade LLC | } | 16-14542-RBR |
| | } | |
| | } | JUDGE RBK |
| | } | |
| DEBTOR. | } | CHAPTER 11 |

DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD
FROM 04/01/16 TO 04/30/16

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

_____
Attorney for Debtor's Signature

Debtor's Address
and Phone Number:

1820 N corporate lakes
Blvd. Suite #202
Weston, FL 33326

Attorney's Address
and Phone Number:

330 N. Andrews
Ste. 450
FT. Lauderdale, FL 33301

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program Website, http://www.usdoj.gov/ust/r21/reg_info.htm
1)      Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)      Initial Filing Requirements
3)      Frequently Asked Questions (FAQs)http://www.usdoj.gov/ust/.

MOR-1

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### FOR THE PERIOD BEGINNING __04/01/16__ AND ENDING __04/30/16__

Name of Debtor: Autrade LLC
Date of Petition: 03/30/16

Case Number 16-14542-RBR

| | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| **1. FUNDS AT BEGINNING OF PERIOD** | 50,267.97 (a) | (b) |
| **2. RECEIPTS:** | | |
| A. Cash Sales | 96,637.67 | |
| Minus: Cash Refunds | (-) | |
| Net Cash Sales | 96,637.67 | |
| B. Accounts Receivable | 9,942.00 | |
| C. Other Receipts *(See MOR-3)* | 2,892.60 | |
| (If you receive rental income, you must attach a rent roll.) | | |
| **3. TOTAL RECEIPTS *(Lines 2A+2B+2C)*** | 109,472.27 | |
| **4. TOTAL FUNDS AVAILABLE FOR OPERATIONS *(Line 1 + Line 3)*** | 159,739.24 | |
| **5. DISBURSEMENTS** | | |
| A. Advertising | — | |
| B. Bank Charges | 485.00 | |
| C. Contract Labor | | |
| D. Fixed Asset Payments (not incl. in "N") | — | |
| E. Insurance | 1,366.98 | |
| F. Inventory Payments *(See Attach. 2)* | — | |
| G. Leases | — | |
| H. Manufacturing Supplies | | |
| I. Office Supplies | 50.24 | |
| J. Payroll - Net *(See Attachment 4B)* | 4,200.42 | |
| K. Professional Fees (Accounting & Legal) | 1,180.00 | |
| L. Rent | | |
| M. Repairs & Maintenance | — | |
| N. Secured Creditor Payments *(See Attach. 2)* | — | |
| O. Taxes Paid - Payroll *(See Attachment 4C)* | 442.08 | |
| P. Taxes Paid - Sales & Use *(See Attachment 4C)* | — | |
| Q. Taxes Paid - Other *(See Attachment 4C)* | | |
| R. Telephone | 796.11 | |
| S. Travel & Entertainment | 3,927.06 | |
| Y. U.S. Trustee Quarterly Fees | — | |
| U. Utilities | 41.39 | |
| V. Vehicle Expenses | 30.00 | |
| W. Other Operating Expenses *(See MOR-3)* | | |
| **6. TOTAL DISBURSEMENTS *(Sum of 5A thru W)*** | 12,519.28 | |
| **7. ENDING BALANCE *(Line 4 Minus Line 6)*** | 147,219.96 (c) | (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This __5__ day of __May__, 20__16__

_____
(Signature)

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.

(c) These two amounts will always be the same if form is completed correctly.

MOR-2

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS** (cont'd)

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| JH Investment – Rent | 1,000 | |
| Negocio E2 LLC – Rent | 1,392.60 | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | | |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER DISBURSEMENTS | | |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

6:05 PM

05/09/16

Accrual Basis

# Alutrade, LLC
# Profit & Loss
### April 2016

|  | Apr 16 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Aluminum Sold | 44,218.89 |
| Fee Income | 2,892.60 |
| **Total Income** | 47,111.49 |
| **Cost of Goods Sold** | |
| Aluminum Purchased | 6,787.83 |
| **Freight and Delivery** | |
| Customs / Handling / Freight | -26,008.00 |
| **Total Freight and Delivery** | -26,008.00 |
| **Total COGS** | -19,220.17 |
| **Gross Profit** | 66,331.66 |
| **Expense** | |
| **Utility** | |
| Electricity | 41.39 |
| **Total Utility** | 41.39 |
| **Bank and Financial Expenses** | |
| Bank Service Charges | 10.00 |
| **Credit Card** | |
| Finance Charge | 75.00 |
| **Total Credit Card** | 75.00 |
| INTEREST BOA LINE OF CREDIT | 400.00 |
| **Total Bank and Financial Expenses** | 485.00 |
| **Car/Truck Expense** | |
| Sunpass | 30.00 |
| **Total Car/Truck Expense** | 30.00 |
| **Insurance** | |
| Disability Insurance | 1,255.73 |
| General Liability Insurance | 111.25 |
| **Total Insurance** | 1,366.98 |
| **Office Expense** | |
| Internet Services | 41.00 |
| Telephone and Fax | 755.11 |
| Courier | 12.75 |
| Office Supplies | 37.49 |
| **Total Office Expense** | 846.35 |
| **Payroll Expenses** | |
| Payroll Fees | 4,200.42 |
| Payroll Taxes - Form 941 | 442.08 |
| **Total Payroll Expenses** | 4,642.50 |
| **Professional Fees** | |
| Administrative Services | 980.00 |
| Accounting Fees | 200.00 |
| **Total Professional Fees** | 1,180.00 |
| **Travel & Entertainment** | |
| Entertainment | 3,927.06 |
| **Total Travel & Entertainment** | 3,927.06 |
| **Total Expense** | 12,519.28 |
| **Net Ordinary Income** | 53,812.38 |
| **Net Income** | 53,812.38 |

6:57 PM

05/09/16

Accrual Basis

# Alutrade, LLC
# Balance Sheet
## As of April 30, 2016

|  | Apr 30, 16 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| TD Bank #5071 | -2,566.71 |
| INTL FC STONE | 23,872.75 |
| Citibank # 4707 | 12,394.13 |
| Mercantil Commercebank | -95,733.24 |
| Bank of America - checking | 2,225.01 |
| **Total Checking/Savings** | -59,808.06 |
| **Accounts Receivable** | |
| Allowances for Bad debts | -231,157.70 |
| Accounts Receivable | 318,746.84 |
| **Total Accounts Receivable** | 87,589.14 |
| **Other Current Assets** | |
| **Loan Receivable** | |
| Loan Receivable to AT | 6,000.00 |
| loan to Southern Proteins, LLC | 3,771.78 |
| LOAN - RBV | 1,000.00 |
| Loan to Aramis | 4,000.00 |
| Loan to LQV LLC | 234,056.79 |
| LOAN TO G & E | 1,250.00 |
| LOAN TO R. TILLERO | 127,766.71 |
| **Total Loan Receivable** | 377,845.28 |
| **Undeposited Funds** | 58,324.48 |
| **Total Other Current Assets** | 436,169.76 |
| **Total Current Assets** | 463,950.84 |
| **Fixed Assets** | |
| Work of Art- Salvador Dali | 6,890.00 |
| Office Equipment | 4,247.11 |
| Accumulated Depreciation | -5,011.00 |
| **Total Fixed Assets** | 6,126.11 |
| **Other Assets** | |
| Club Membership | 34,050.16 |
| **Total Other Assets** | 34,050.16 |
| **TOTAL ASSETS** | 504,127.11 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 709,351.76 |
| **Total Accounts Payable** | 709,351.76 |
| **Credit Cards** | |
| American Express Corp #82009 | -203.85 |
| American Express  # 95008 | 4,043.96 |
| CitiBusiness # 0599 | 632.00 |
| **Total Credit Cards** | 4,472.11 |
| **Other Current Liabilities** | |
| **LOAN PAYABLE** | |
| LOAN FROM Eckard Makulla | 40,000.00 |
| **Total LOAN PAYABLE** | 40,000.00 |
| Payroll Liabilities | 433.33 |
| **Total Other Current Liabilities** | 40,433.33 |
| **Total Current Liabilities** | 754,257.20 |

6:57 PM
05/09/16
Accrual Basis

# Alutrade, LLC
# Balance Sheet
## As of April 30, 2016

|  | Apr 30, 16 |
|---|---|
| **Long Term Liabilities** | |
| Loan from American N. Capital F | 86,355.85 |
| **Total Long Term Liabilities** | 86,355.85 |
| **Total Liabilities** | 840,613.05 |
| **Equity** | |
| Rafael A. Tillero | |
| Partner Rafael A. Tillero Earni | -38,174.75 |
| **Total Rafael A. Tillero** | -38,174.75 |
| Rafael Tillero Equity | |
| Partner One Draws | -10,000.00 |
| Partner One Earnings | -146,107.43 |
| Partner One Investments | 76,722.32 |
| **Total Rafael Tillero Equity** | -79,385.11 |
| Retained Earnings | -208,788.29 |
| Net Income | -10,137.79 |
| **Total Equity** | -336,485.94 |
| **TOTAL LIABILITIES & EQUITY** | 504,127.11 |

**ATTACHMENT 1**

**MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

Name of Debtor: _Alltrade LLC_          Case Number: _16-14542-RBR_

Reporting Period beginning _04/01/16_          Period ending _04/30/16_

ACCOUNTS RECEIVABLE AT PETITION DATE: _329,547.62_

**ACCOUNTS RECEIVABLE RECONCILIATION**
(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $ 329,547.62 | (a) |
| PLUS: Current Month New Billings | | |
| MINUS: Collection During the Month | $ 9,942.00 | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $ -20,742.78 | * |
| End of Month Balance | $ 318,746.84 | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:
_Credit Memos #788 and #798, Received Payment invoice #800_
_(attached)_

**POST PETITION ACCOUNTS RECEIVABLE AGING**
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90Days | Total |
|---|---|---|---|---|
| $ 9,942 | $ — | $ 17,543.85 | $ 291,260.99 | $318,746.84 (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| IOA | | Disputed / Year 2013 |
| TEUSC | | Estimated Collection May 2016 |
| ORKA | | Claim in Court |

(a)This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.
(b)This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).
(c)These two amounts must equal.



# ALUTRADE

# Credit Memo

| Date | Credit No. |
|------|-----------|
| 3/30/2016 | 788 |

| Customer |
|----------|
| ARG INTERNATIONAL<br>Registrasse 3, CH 6300 Zug<br>Switzerland |

| Contract Ref# |
|---------------|
| 777.15.157-P |

| Description | Price | Qty | Total (USD) |
|-------------|-------|-----|-------------|
| Demurrage and Detention Charges Contract ALLC-133<br>Hapag Lloyd BL HLCUCCS151200351 | 12.40347 | -178.5 | -2,214.02 |
| | | **Total** | -$2,214.02 |



*Alutrade LLC - 1820 N Corporate Lakes Blvd #206-9, Weston, FL 33326*

infousa@alutrade.com.ve          *(954) 496-7216*



# Credit Memo

| Date | Credit No. |
|------|-----------|
| 4/20/2016 | 798 |

| Customer |
|----------|
| ARG INTERNATIONAL<br>Registrasse 3, CH 6300 Zug<br>Switzerland |

| Contract Reff# |
|----------------|
| ALLC-133 |

| Description | Price | Qty | Total (USD) |
|-------------|-------|-----|-------------|
| CREDIT MEMO: 2015 Balance Adjustment ARG ALLC-133 Ring Out #792 Issued to Adjust Final Price and Weight of Contract ALLC-133 | 23,456.80 | -1 | -23,456.80 |
| | | **Total** | -$23,456.80 |



*Alutrade LLC - 1820 N Corporate Lakes Blvd #206-9, Weston, FL 33326*

infousa@alutrade.com.ve          (954) 496-7216

Alutrade, LLC

1820 N. Corporate Lakes Blvd # 206-9
Weston, Fl 33326

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/29/2016 | 800 |

PAID
05/05/2016

**Bill To**

JM Investment 2005 Corp.
Maria Alejandra Rincon
1820 N Corporate Lakes Blvd.
Suite 202
Weston, FL 33326

| Description | Amount |
|-------------|--------|
| For office space # 3 - Rent from 05/01/16 to 06/01/16 | 470.00 |
| Tax 6% | 30.00 |
| * Includes services and utilities | |

| We appreciate your prompt payment. | **Total** | $500.00 |

**ATTACHMENT 2**
**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**

Name of Debtor: _Autrade LLC_     Case Number: _16-14542-RBR_

Reporting Period beginning _04/01/16_     Period ending _04/30/16_

In the space below list all invoices or bills incurred and not paid <u>since the filing of the petition</u>. <u>Do not</u> include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

**POST-PETITION ACCOUNTS PAYABLE**

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL AMOUNT _____(b)

☐ **Check here if pre-petition debts have been paid. Attach an explanation and copies of supporting documentation.**

**ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)**

| | | |
|---|---|---|
| Opening Balance | $_____ | (a) |
| PLUS: New Indebtedness Incurred This Month | $_____ | |
| MINUS: Amount Paid on Post Petition, Accounts Payable This Month | $_____ | |
| PLUS/MINUS: Adjustments | $_____ | * |
| Ending Month Balance | $_____ | (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

**SECURED PAYMENTS REPORT**

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | _____(d) | | |

(a) This number is carried forward from last month's report. For the first report only, this number will be zero.
(b, c) The total of line (b) must equal line (c).
(d) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

MOR-5

**ATTACHMENT 3**
**INVENTORY AND FIXED ASSETS REPORT**

Name of Debtor: Aktrade LLC          Case Number: 16-14542-RBR

Reporting Period beginning: 04/01/16          Period ending: 04/30/16

**INVENTORY REPORT**

| | |
|---|---|
| INVENTORY BALANCE AT PETITION DATE: | $ |
| INVENTORY RECONCILIATION: | |
| Inventory Balance at Beginning of Month | $                    (a) |
| PLUS: Inventory Purchased During Month | $ |
| MINUS: Inventory Used or Sold | $ |
| PLUS/MINUS: Adjustments or Write-downs | $                    * |
| Inventory on Hand at End of Month | $ |

METHOD OF COSTING INVENTORY: _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

**INVENTORY AGING**

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| _____ % | _____ % | _____ % | _____ % = | _____ 100%* |

* Aging Percentages must equal 100%.

☐   Check here if inventory contains perishable items.

**Description of Obsolete Inventory:** _____

**FIXED ASSET REPORT**

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: 11,137.11   (b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only): Work of Art, Office Furniture, Computers and Electronics

FIXED ASSETS RECONCILIATION:

| | | |
|---|---|---|
| Fixed Asset Book Value at Beginning of Month | $ 11,137.11 | (a)(b) |
| MINUS: Depreciation Expense | $ 0 | |
| PLUS: New Purchases | $ 0 | |
| PLUS/MINUS: Adjustments or Write-downs | $ 0 | * |
| Ending Monthly Balance | $ 11,137.11 | |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD: NONE

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions. Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

**ATTACHMENT 4A**

## MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor: Awtrade LLC                    Case Number: 16-14542-RBR

Reporting Period beginning 04/01/16            Period ending 04/30/16

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: Citibank N.A.        BRANCH: Weston Town Center

ACCOUNT NAME: Awtrade LLC          ACCOUNT NUMBER: ████ 4707

PURPOSE OF ACCOUNT: _____OPERATING_____

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ Ø | |
| Plus Total Amount of Outstanding Deposits | $ 40,726.68 | |
| Minus Total Amount of Outstanding Checks and other debits | $ 83,927.04 | * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $ Ø | **(a) |

*Debit cards are used by_____

**If Closing Balance is negative, provide explanation: This account was closed on 04/26/16

The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D: ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | No cash disbursements |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS
"Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____ Transferred to Payroll Account
$_____ Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

Main Menu > Balance and Information Reporting >
**Recent Account Activity**

Help

‹ Back

| Recent Account Activity April 01 2016 to April 30 2016 | | Start-of-day available: 0.00 | Current available: 0.00 | |
| Debits & Credits for Checking Account: ******4707 | | Start-of-day ledger: 0.00 | Current ledger: 0.00 | |

| ▼Date ▲ | ▼Description ▲ | ▼Credit ▲ | ▼Debit ▲ | Balance |
|---|---|---|---|---|
| 04/01/16 | ACH-AMERICAN EXPRESSACH PMT 040116W8874 | | -6,022.51 | 37,177.85 |
| 04/04/16 | ACH-AMERICAN EXPR ACH PMT 040416W3016 | | -304.49 | 36,873.36 |
| 04/05/16 | BA FUNDS TRN OUT WIRE TO Southern Protein LC | | -200.00 | 36,673.36 |
| 04/05/16 | Aporte LQV Abril 2016 | | -5,350.00 | 31,323.36 |
| 04/05/16 | ACH-CITI CARD ONLINEPAYMENT 04051611197680407879 | | -25.00 | 31,298.36 |
| 04/05/16 | Check #1593 | | -8,709.17 | 22,589.19 |
| 04/06/16 | ACH-FPL DIRECT DEBITELEC PYMT 0406160935597229 WEBI | | -41.39 | 22,547.80 |
| 04/07/16 | ACH-AMERICAN AIRLINERMR*OI*F8616444Q15**20.89*20.89*0.00/ | 20.89 | | 22,568.69 |
| 04/11/16 | QUILL CORPORATION 800982-3400 SG 16099 CD9316 | | -40.19 | 22,528.50 |
| 04/12/16 | WIRE FROM STOCKARD LOGISTI041216CS LLC | 31,176.00 | | 53,704.50 |
| 04/12/16 | PMT Arem Inv 2095-2099 | | -32,334.00 | 21,370.50 |
| 04/13/16 | Check #1594 | | -950.00 | 20,420.50 |
| 04/14/16 | ACH-INTUIT PAYROLL SQUICKBOOKS04141620266776O1 | | | |
| 04/15/16 | Deposit TLR Br#: 00576 TID:92 1290 WESTON RWESTON,FL 33336 | 500.00 | | 18,818.54 |
| 04/18/16 | ACH-MLOA INS.041816563212513 | | -614.59 | 18,203.95 |
| 04/22/16 | Deposit TLR Br#: 01576 TID:92 1290 WESTON RWESTON,FL 33336 | 1,892.60 | | 20,096.55 |
| 04/22/16 | ACH-CITI CARD ONLINEPAYMENT 04221612199368557523 | | -105.00 | 19,991.55 |
| 04/22/16 | Check #1596 | | -641.14 | 19,350.41 |
| 04/22/16 | USPS1130649562/1870 N CWESTON FLUS0219 CD9316 | | -12.75 | 19,337.66 |
| 04/25/16 | ACH-BANSHEE CAPITAL,VENDOR PMT04251628286218 | 7,137.19 | | 26,474.85 |
| 04/25/16 | PMT Beck Inv # 1353-13 | | -6,787.83 | 19,687.02 |
| 04/25/16 | ACH-GRANADA INSURANC0185FL0008042516305-554-0353 | | -111.25 | 19,575.77 |
| 04/25/16 | Check #1595 | | -200.00 | 19,375.77 |
| 04/26/16 | Debit to closBr#: 00175 TID: 41636 TOWN CTRCIRLCE WESTON FL | | -19,375.77 | 0.00 |

*Generated May 09 2016 at 10:30:44*

‹ Back

Citibank, N.A. Member FDIC. Terms and conditions of accounts, products and services are subject to change.

Citi.com

EQUAL HOUSING LENDER

Terms & Conditions
Copyright © 2016 Citigroup Inc.



CHAPTER 11 CHECKING - ⬤5071     CHAPTER 11 CHECKING ⬤5071 ⌄

**Account Activity**   Account Details   Statements & Notices

Today's Beginning Balance:          $70,767.44

                                                        Available Balance:      **$70,767.44**

Pending Transactions:               $0.00

> Send money by e-mail or text with person-to-person payments.

Account History

Show Transactions from  Last 10 Days ⌄      Show By Date Range: From 04/01/2016 📅 to 04/30/2016 📅   🔍 Power Search   Show History

| Date | Type | Description | Debit | Credit |
|------|------|-------------|-------|--------|
| 04/29/2016 | CHECK | CHECK #99 (View Check Image) | $332.46 | |
| 04/29/2016 | CREDIT | WIRE TRANSFER INCOMING 1/ARG INTERNATIONAL AG | | $58,304.48 |
| 04/26/2016 | DEP | DEPOSIT | | $21,134.38 |
| 04/06/2016 | DEP | DEPOSIT | | $100.00 |

 **Bank**

America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

ALUTRADE LLC
DEBTOR IN POSSESSION
1820 N CORPORATE LAKES BLVD SUITE 202
WESTON FL 33326

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Apr 06 2016-Apr 30 2016 |
| Cust Ref #: | 4325215071-039-T-### |
| Primary Account #: | ██████15071 |

## Chapter 11 Checking

ALUTRADE LLC
DEBTOR IN POSSESSION

Account # ██████5071

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 0.00 | Average Collected Balance | 8,123.26 |
| Deposits | 21,234.38 | Annual Percentage Yield Earned | 0.00% |
| Other Credits | 58,304.48 | Days in Period | 25 |
| | | | |
| Checks Paid | 332.46 | | |
| Ending Balance | 79,206.40 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 4/6 | DEPOSIT | 100.00 |
| 4/26 | DEPOSIT | 21,134.38 |
| | Subtotal: | 21,234.38 |

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 4/29 | WIRE TRANSFER INCOMING, 1/ARG INTERNATIONAL AG | 58,304.48 |
| | Subtotal: | 58,304.48 |

**Checks Paid**    No. Checks: 1    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 4/29 | 99 | 332.46 |
| | Subtotal: | 332.46 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 4/6 | 0.00 | 4/26 | 21,234.38 |
| 4/6 | 100.00 | 4/29 | 79,206.40 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 🏠

# How to Balance your Account

Page:    2 of 2

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| ❶ Ending Balance | 79,206.40 |
| ❷ Total Deposits | + |
| ❸ Sub Total | |
| ❹ Total Withdrawals | |
| ❺ Adjusted Balance | |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this calendar year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

**ATTACHMENT 5A**

**CHECK REGISTER - OPERATING ACCOUNT**

Name of Debtor: _Alttrade LLC_    Case Number: _16-14542-RBR_

Reporting Period beginning _04/01/16_    Period ending _04/30/16_

NAME OF BANK: _Citibank NA_    BRANCH: _Weston Town Center_

ACCOUNT NAME: _Alttrade LLC_

ACCOUNT NUMBER: _▓▓▓▓4707_

PURPOSE OF ACCOUNT: _OPERATING_

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|------|------|------|
| | | | | |
| | | | Please see | |
| | | | attachment | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL    $ 66,992.27

MOR-8

6:34 PM
05/09/16

## Alutrade, LLC
## Bill Payments for All Vendors
### April 2016

| Vendor | Type | Num | Date | Amount |
|--------|------|-----|------|--------|
| **Apr 16** | | | | |
| Beck Aluminium | Bill Pmt -Check | wire | 04/25/2016 | 6,787.83 |
| Casya Business Sol... | Bill Pmt -Check | 1595 | 04/25/2016 | 200.00 |
| Aramis Shipping LLC | Bill Pmt -Check | | 04/12/2016 | 0.00 |
| Aramis Shipping LLC | Bill Pmt -Check | | 04/12/2016 | 0.00 |
| Aramis Shipping LLC | Bill Pmt -Check | | 04/12/2016 | 0.00 |
| Aramis Shipping LLC | Bill Pmt -Check | wire | 04/12/2016 | 32,334.00 |
| Arigato Metals | Bill Pmt -Check | 1593 | 04/05/2016 | 8,709.17 |
| FPL | Bill Pmt -Check | online | 04/04/2016 | 41.39 |
| **Apr 16** | | | | 48,072.39 |

6:34 PM

05/09/16

# Alutrade, LLC
## Checks for All Vendors
### April 2016

| Vendor | Num | Date | Account | Amount |
|---|---|---|---|---|
| **Apr 16** | | | | |
| Rafel Tillero | 0100 | 04/29/2016 | TD Bank #5071 | 1,766.00 |
| AMERICAN EXPRE... | 454757 | 04/29/2016 | TD Bank #5071 | 168.11 |
| THE STANDARD | 1596 | 04/22/2016 | Citibank # 4707 | 641.14 |
| USPS | dc | 04/22/2016 | Citibank # 4707 | 12.75 |
| Granada Insurance | online | 04/21/2016 | Citibank # 4707 | 111.25 |
| MLOA | DC | 04/18/2016 | Citibank # 4707 | 614.59 |
| UNITED STATES T... | online | 04/18/2016 | Bank of America - c... | 442.08 |
| Maria Urosa | 1594 | 04/14/2016 | Citibank # 4707 | 950.00 |
| EDILSA BRANLY. | ONLI... | 04/14/2016 | TD Bank #5071 | 300.14 |
| RAFAEL TILLERO. | wire | 04/14/2016 | Citibank # 4707 | 1,801.82 |
| CITIBUSINESS CA... | online | 04/12/2016 | Citibank # 4707 | 105.00 |
| CITIBUSINESS CA... | online | 04/06/2016 | Citibank # 4707 | 105.00 |
| Southern Proteins | wire | 04/05/2016 | Citibank # 4707 | 200.00 |
| LQV, LLC | wire | 04/05/2016 | Citibank # 4707 | 5,350.00 |
| CITIBUSINESS CA... | online | 04/04/2016 | Citibank # 4707 | 25.00 |
| AMERICAN EXPRE... | online | 04/01/2016 | Citibank # 4707 | 6,022.51 |
| AMERICAN EXPRE... | online | 04/01/2016 | Citibank # 4707 | 304.49 |
| **Apr 16** | | | | 18,919.88 |

**ATTACHMENT 4B**

**MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT**

Name of Debtor: _Awtrade LLC_      Case Number: _16-14542-RBR_

Reporting Period beginning _04/01/16_      Period ending _04/30/16_

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.
A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.

NAME OF BANK: _____      BRANCH: _____

ACCOUNT NAME: _____      ACCOUNT NUMBER: _NO PAYROLL ACC._
PURPOSE OF ACCOUNT: _____PAYROLL_____

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | |
| Plus Total Amount of Outstanding Deposits | $ | |
| Minus Total Amount of Outstanding Checks and other debits | $ | * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $ | **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____

The following disbursements were paid by Cash: ( ☐ Check here if cash disbursements were authorized
by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
  "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5B**
**CHECK REGISTER - PAYROLL ACCOUNT**

Name of Debtor: _Autrade LLC_    Case Number: _16-14542-RBR_

Reporting Period beginning _____    Period ending _____

NAME OF BANK: _____    BRANCH: _____

ACCOUNT NAME: _NO PAYROLL ACCOUNT_

ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _PAYROLL_

Account for all disbursements, including voids, lost payments, stop payment, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |

TOTAL                                        $ _____

MOR-10

**ATTACHMENT 4C**

**MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT**

Name of Debtor: _Awtrade LLC_          Case Number: _16-14542-RBR_

Reporting Period beginning _04/01/16_          Period ending _04/30/16_

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK: _____          BRANCH: _____

ACCOUNT NAME: _____          ACCOUNT NUMBER: _NO TAX ACCOUNT_

PURPOSE OF ACCOUNT: _____TAX_____

| | |
|---|---|
| Ending Balance per Bank Statement | $ _____ |
| Plus Total Amount of Outstanding Deposits | $ _____ |
| Minus Total Amount of Oustanding Checks and other debits | $ _____ * |
| Minus Service Charges | $ _____ |
| Ending Balance per Check Register | $ _____ **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____

_____

The following disbursements were paid by Cash:  ( ☐  Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|------|--------|-------|---------|-------------------------------------------|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5C**

**CHECK REGISTER - TAX ACCOUNT**

Name of Debtor: _Alutrade llc_        Case Number: _16-14542-RBR_

Reporting Period beginning _04/01/16_        Period ending _04/30/16_

NAME OF BANK: _____        BRANCH: _____

ACCOUNT NAME: _____        ACCOUNT # _NO TAX ACCOUNT_

PURPOSE OF ACCOUNT: _____ TAX _____

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included.
http://www.usdoj.gov/ust.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|------|------|------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL _____(d)

**SUMMARY OF TAXES PAID**

| | |
|---|---|
| Payroll Taxes Paid | _____ (a) |
| Sales & Use Taxes Paid | _____ (b) |
| Other Taxes Paid | _____ (c) |
| TOTAL | _____ (d) |

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

MOR-12

**ATTACHMENT 4D**

**INVESTMENT ACCOUNTS AND PETTY CASH REPORT**

**INVESTMENT ACCOUNTS**

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

Type of Negotiable INTL FCStone  Segregated Account / trading

| Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| 137619 | | | | 23,761.95 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                                                      23,761.95 (a)

**PETTY CASH REPORT**

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**TOTAL**                        $_____(b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation_____**
_____
_____
_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)    $ 23,761.95  (c)**

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the
   amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page
   MOR-2, Line 7).



**INTL. FCStone**
Commodities · Global Payments · Foreign Exchange · Securities

1820 N.CORP LAKES BLVD. - SUITE 206
WESTON
FLORIDA
33326
USA

For the attention of: RAFAEL TILLERO

ACCOUNT STATEMENT AS AT C.O.B.    22-APR-16    PAGE 1

CLIENT CODE : L57619    [ ALUTRADE LLC ]   SEGREGATED ACCOUNT

OPEN POSITION VALUATION

| CCY | PROMPT | TRAD TYPE | DEAL NUMBER | EXCH. | CONTRACT | TRADE DATE | LOTS B/S (-) | DELTA EQUIV. | STRIKE/ PRICE | PRICE | VALUE | COMM. | FEES | CONTRACT VALUE | TYPE | KEY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ALUMINIUM HIGH GRADE USD FUTURE** | | | | | | | | | | | | | | | | |
| USD | 07-JUL-16 FUT | | 3074039 | LME | AHD | 07-APR-16 | -1 | -1.00 | | 1,507.00 | -3,671.25 | -12.50 USD | -2.70 USD | 37,675.00 | | * |
| | Reference: L57619 | | | | | | | | | | | | | | | |
| USD | 07-JUL-16 FUT | | 3076144 | LME | AHD | 07-APR-16 | 1 | 1.00 | | 1,503.00 | 3,771.25 | -12.50 USD | -2.70 USD | -37,575.00 | | * |
| | Reference: L57619 | | | | | | | | | | | | | | | |
| | TOTAL CLEARED FUTURES 07-JUL-16 | | | | | | 0 | 0.00 | | | 100.00 | -25.00 | -5.40 USD | 100.00 | | |
| | MARKET PRICE | | | | | | | | | | 1,683.88 | | | | | |
| **ALUMINIUM HIGH GRADE USD FUTURE** | | | | | | | | | | | | | | | | |
| USD | 08-JUL-16 FUT | | 3077668 | LME | AHD | 08-APR-16 | 1 | 1.00 | | 1,514.00 | 3,497.50 | -12.50 USD | -2.70 USD | -37,850.00 | | * |
| | Reference: L57619 | | | | | | | | | | | | | | | |
| USD | 08-JUL-16 FUT | | 3078410 | LME | AHD | 08-APR-16 | -1 | -1.00 | | 1,508.00 | -3,647.50 | -12.50 USD | -2.70 USD | 37,700.00 | | * |
| | Reference: L57619 | | | | | | | | | | | | | | | |

INTL. FCSTONE LTD
1st FLOOR,
MOOR HOUSE
120 LONDON WALL
LONDON EC2Y 5ET

TEL +44 (0)20 3580 6000
FAX +44 (0)20 3580 6001

REGISTERED IN ENGLAND No. 05616586
FCA REGISTERED No 446717
REGISTERED OFFICE: 1st FLOOR, MOOR HOUSE
120 LONDON WALL
LONDON EC2Y 5ET
Authorised and Regulated by the Financial Conduct Authority



INTL · FCStone®

Commodities · Global Payments · Foreign Exchange · Securities

ACCOUNT STATEMENT AS AT C.O.B.    22-APR-16    PAGE 2

CLIENT CODE : L37616  ( ALUTRADE LLC )  SEGREGATED ACCOUNT

OPEN POSITION VALUATION

| CCY | PROMPT | TRAD TYPE | DEAL NUMBER | EXCH. | CONTRACT | TRADE DATE | LOTS B/S(-) | DELTA EQUIV. | STRIKE/ PRICE | PRICE | VALUE | COMM. | FEES | CONTRACT VALUE | TYPE KEY |
|-----|--------|-----------|-------------|-------|----------|-----------|-------------|--------------|---------------|-------|-------|-------|------|----------------|----------|
| TOTAL CLEARED FUTURES 08-JUL-16 MARKET PRICE | | | | | | | 0 | 0.00 | | | -150.00 1,683.00 | -25.00 | -5.40 USD | -150.00 | |
| TOTAL FOR AND | USD | | | | | | 0 | 0.00 | | | -85.00 | -50.00 | -10.80 USD | -50.00 | |
| TOTAL FOR AN | USD | | | | | | 0 | 0.00 | | | -50.00 | -50.00 | -10.80 USD | -50.00 | |

INTL FCSTONE LTD
1" FLOOR
MOOR HOUSE
120 LONDON WALL
LONDON EC2Y 5ET

TEL +44 (0)20 3580 6000
FAX +44 (0)20 3580 6001

REGISTERED IN ENGLAND No . 05616588
FCA REGISTERED No 446717
REGISTERED OFFICE: 1st FLOOR, MOOR HOUSE
120 LONDON WALL
LONDON EC2Y 5ET
Authorised and Regulated by the Financial Conduct Authority



**INTL FCStone**

Commodities · Global Payments · Foreign Exchange · Securities

ACCOUNT STATEMENT AS AT C.O.B.    22-APR-16    PAGE 5

CLIENT CODE : L97619    ( ALUTRADE LLC )  SEGREGATED ACCOUNT

### CUSTOMER ACCOUNT SUMMARY

| | USD |
|---|---|
| FX RATE : | 1 |
| OPENING LEDGER BALANCE | 23,872.75 |
| DAILY POSTINGS | |
| PREMIUMS | 0.00 |
| SETTLEMENTS | 0.00 |
| COMMISSION AND FEES | 0.00 |
| CASH POSTINGS | 0.00 |
| CLOSING LEDGER BALANCE | 23,872.75 |
| DUE FOR SETTLEMENT 25-APR-16 | 0.00 |
| FORWARD VARIATION MARGIN | (80.00) |
| VARIATION MARGIN | 0.00 |
| VARIATION MARGIN FX | 0.00 |
| FORWARD COMMISSION AND FEES | (80.80) |
| NET EQUITY | 23,761.95 |
| NET INITIAL MARGIN | 0.00 |
| ACCOUNT EQUITY | 23,761.95 |
| REFERENCE ONLY | |
| LONG OPTION LIQUIDATION VALUE | 0.00 |
| SHORT OPTION LIQUIDATION VALUE | 0.00 |

INTL FCSTONE LTD
1st FLOOR
MOOR HOUSE
120 LONDON WALL
LONDON EC2Y 5ET

TEL +44 (0)203 580 6000
FAX +44 (0)203 580 6001

REGISTERED IN ENGLAND No. 08854896
FCA REGISTERED No 446717
REGISTERED OFFICE: 1st FLOOR, MOOR HOUSE
120 LONDON WALL
LONDON EC2Y 5ET
Authorised and Regulated by the Financial Conduct Authority



**INTL FCStone®**
Commodities · Global Payments · Foreign Exchange · Securities

ACCOUNT STATEMENT AS AT C.O.B.    22-APR-16    PAGE 4

CLIENT  CODE : 157618    ( ALUTRADE LLC )  SEGREGATED ACCOUNT

| | CUSTOMER CONSOLIDATED ACCOUNT SUMMARY |
|---|---|
| | USD |
| OPENING LEDGER BALANCE | 23,872.75 |
| DAILY POSTINGS | |
| PREMIUMS | 0.00 |
| SETTLEMENTS | 0.00 |
| COMMISSION AND FEES | 0.00 |
| CASH POSTINGS | 0.00 |
| CLOSING LEDGER BALANCE | 23,872.75 |
| | |
| DUE FOR SETTLEMENT 25-APR-16 | 0.00 |
| | |
| FORWARD VARIATION MARGIN | (50.00) |
| VARIATION MARGIN | 0.00 |
| VARIATION MARGIN PX | 0.00 |
| FORWARD COMMISSION AND FEES | (60.80) |
| | |
| NET EQUITY | 23,761.95 |
| NET INITIAL MARGIN | 0.00 |
| ACCOUNT EQUITY | 23,761.95 |
| | |
| CREDIT LINE | 0.00 |
| TOTAL COLLATERAL HAIRCUT VALUE | 0.00 |
| AVAILABLE EQUITY | 23,761.95 |
| | |
| REFERENCE ONLY | |
| LONG OPTION LIQUIDATION VALUE | 0.00 |
| SHORT OPTION LIQUIDATION VALUE | 0.00 |
| WARRANT VALUE | 0.00 |
| WARRANT HAIRCUT VALUE | 0.00 |
| COLLATERAL VALUE (NON-LME WARRANTS) | 0.00 |
| COLLATERAL HAIRCUT VALUE (NON-LME WARRANTS) | 0.00 |

INTL FCSTONE LTD
1 FLOOR
MOOR HOUSE
120 LONDON WALL
LONDON EC2Y 5ET

TEL +44 (0)207 980 9000
FAX +44 (0)203 580 6001

REGISTERED IN ENGLAND No. 05616586
FCA REGISTERED No 446717
REGISTERED OFFICE: 1ˢᵗ FLOOR, MOOR HOUSE
120 LONDON WALL
LONDON EC2Y 5ET
Authorised and Regulated by the Financial Conduct Authority



INTL·FCStone®

Commodities · Global Payments · Foreign Exchange · Securities

ACCOUNT STATEMENT AS AT C.O.B.    22-APR-16    PAGE 8

CLIENT CODE : L57619    ( ALUTRADE LLC )    SEGREGATED ACCOUNT

CUSTOMER CONSOLIDATED ACCOUNT SUMMARY

| | |
|---|---|
| TOTAL COLLATERAL VALUE | 0.00 |
| TOTAL COLLATERAL HAIRCUT VALUE | 0.00 |

KEY
* THIS IS AN LME REGISTERED CLIENT CONTRACT
** THIS IS NOT AN LME REGISTERED CLIENT CONTRACT
*** THIS IS NOT AN LME REGISTERED CLIENT CONTRACT BUT MAY BE REGISTERED AT A FUTURE DATE

All transactions are subject to the terms and conditions of the client agreement and the market association /exchange involved

Please report any differences immediately to DG-CBS_LME_OPS@INTLFCSTONE.COM
or call +44 203 580 6300

INTL FCSTONE LTD
1st FLOOR
MOOR HOUSE
120 LONDON WALL
LONDON EC2Y 5ET

TEL +44 (0)20 580 6020
FAX +44 (0)20 580 6001

REGISTERED IN ENGLAND No. 5616586
FCA REGISTERED No 446717
REGISTERED OFFICE 1st FLOOR, MOOR HOUSE
120 LONDON WALL
LONDON EC2Y 5ET
Authorised and Regulated by the Financial Conduct Authority

**ATTACHMENT 6**

**MONTHLY TAX REPORT**

Name of Debtor: _____Awtrade LLC_____     Case Number: _16-14542-RBR_

Reporting Period beginning _____04/01/16_____     Period ending _____04/30/16_____

**TAXES OWED AND DUE**

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | NO UNPAID TAXES | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

TOTAL                          $ _____

**ATTACHMENT 7**

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

SUMMARY OF PERSONNEL AND INSURANCE COVERAGES

Name of Debtor: Awtrade LLC          Case Number: 16-14542-RBR

Reporting Period beginning 04/01/16          Period ending 04/30/16

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month. Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| Rapael Tillero | Owner | Payroll Apr 16 | 3532 |
| | | | |
| | | | |
| | | | |

**PERSONNEL REPORT**

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 1 | 1 |
| Number hired during the period | 0 | 0 |
| Number terminated or resigned during period | 0 | 0 |
| Number of employees on payroll at end of period | 1 | 1 |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life. For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| Granada Ins. | 3058831171 | 0185F100082036 | Gral liability | 04/22/17 | 05/15/16 |
| The Standard | 8002476888 | 000C454380 | Disability | 05/01/29 | 07/22/16 |
| Mony Life | 8007776510 | 563212513 | Life | None | 05/17/16 |
| | | | | | |

The following lapse in insurance coverage occurred this month:

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |
| | | | |

☐ **Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**

MOR-15



# CERTIFICATE OF LIABILITY INSURANCE

| | DATE (MM/DD/YYYY) |
|---|---|
| | 04/26/2016 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | JOSSET JORDAN | | |
|---|---|---|---|---|
| First Avenue Insurance | PHONE (A/C, No, Ext): | (305) 883-4604 | FAX (A/C, No): | (305) 883-1171 |
| 14 NE 1st Ave. Ste 513 | E-MAIL ADDRESS: | sos@firstavenueinsurance.net | | |
| | | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| Miami                FL  33132 | INSURER A : | GRANADA INSURANCE COMPANY | | |
| INSURED | INSURER B : | | | |
| ALUTRADE LLC | INSURER C : | | | |
| 1820 N CORPORATE LAKES BLVD | INSURER D : | | | |
| 202 | INSURER E : | | | |
| WESTON                FL  33326 | INSURER F : | | | |

| COVERAGES | CERTIFICATE NUMBER: | REVISION NUMBER: |
|---|---|---|

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | COMMERCIAL GENERAL LIABILITY | | | | | | EACH OCCURRENCE | $ 1,000,000 |
| | ☐ CLAIMS-MADE ☐ OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | N | | 0185FL00082036 | 04/22/2016 | 04/22/2017 | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | ☒ POLICY ☐ PRO-JECT ☐ LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 0 |
| | OTHER: | | | | | | | $ |
| | AUTOMOBILE LIABILITY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ☐ ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ☐ ALL OWNED AUTOS ☐ SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | ☐ HIRED AUTOS ☐ NON-OWNED AUTOS | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | ☐ UMBRELLA LIAB ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | ☐ EXCESS LIAB ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | DED ☐ RETENTION $ | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY            Y / N | | | | | | ☐ PER STATUTE ☐ OTH-ER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? | N/A | | | | | E.L. EACH ACCIDENT | $ |
| | (Mandatory in NH) | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
DISTRIBUITORS OFFICE LOCATED AT: 1820 N CORPORTAE LAKES BLVD #202, WESTON, FL, 33326
LIABILITY PREMISES ONLY

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| Office of U.S. Trustee | AUTHORIZED REPRESENTATIVE |
| 51 S.W. First Avenue. Suite 1204 | |
| Miami                FL  33130 | |

© 1988-2014 ACORD CORPORATION. All rights reserved.

ACORD 25 (2014/01)          The ACORD name and logo are registered marks of ACORD

## POLICY DATA

**Insured** RAFAEL TILLERO

00CC454380 **Policy No.**

**Effective Date** May 1, 2015

53 **Issue Age**

**Owner At Issue** RAFAEL TILLERO

Non-Smoker **Risk Class**

**Termination Date** MAY 1, 2029

5A **OCC Class**

**Waiting Period** 90 Days

Male **Sex**

### PREMIUM SUMMARY

**Annual Premium**

**Base Policy** $1,573.60

**Riders** $845.82

**Net Annual Premium:** $2,419.42*

**Mode of Premium Payment:** Quarterly    **Amount:** $641.14

There are four premium modes available. The total amount due over a policy year varies by the mode selected. The mode you chose is noted above. The total due over the policy year for this mode and the difference between that total and the net annual premium payment are noted below:

**Total of Quarterly Premium Payments:** $2,564.56

Difference between net annual premium and total Quarterly payments: $145.14

* The Net Annual Premium shown above includes a $40 policy fee.

### GUARANTEED RENEWABLE POLICY

### BASIC POLICY BENEFITS (To Age 67)

**Commencement Date**    91st Day of Disability

**Basic Monthly Benefit**    $6,000.00

**Maximum Benefit Period:**    To May 1, 2029, or 24 months, whichever is longer.



ATHENA INDEXED UNIVERSAL LIFE℠
A Flexible Premium Universal Life Insurance Policy with Index-Linked Interest Options

## Policy Summary

| ████████513 | $500,000 | A | GUIDELINE PREMIUM TEST | AUG 14, 2013 |
|---|---|---|---|---|
| **Policy Number** | **Initial Face Amount** | **Death Benefit Option** | **Definition of Life Insurance** | **Register Date** |

| RAFAEL TILLERO | | | |
|---|---|---|---|
| **Insured** | | | |

| 02/16/1962 | 51 | MALE | PREFERRED ELITE |
|---|---|---|---|
| **Insured's Date of Birth** | **Issue Age** | **Gender** | **Rating Class** |

| RAFAEL TILLERO | 434439097 |
|---|---|
| **Owner** | **Owner's Social Security Number Or Tax Identification Number** |

| ████████████ | FL |
|---|---|
| **Beneficiary** | **Contract State** |

| $614.59 | **Additional Benefits** |
|---|---|
| **Planned Periodic Premium** | • No-Lapse Guarantee Rider |

| **No Lapse Guarantee Benefit Available** | $344.32 | AUG 14, 2038 |
|---|---|---|
| Yes | **Initial No Lapse Guarantee Premium** | **No Lapse Guarantee Period Ends** |

This summary provides information regarding your premium allocation. It also highlights some of the key features of Athena Indexed Universal Life as well as the services we provide. It is intended to provide only a brief overview of your policy and therefore does not represent nor amend the terms and conditions that apply under your policy. Please read your policy for more complete details.

GE-67769 (7/12)



An AXA Financial Company

**RAFAEL TILLERO**
**2517 Monteclaire Circle**
**Weston FL 33327**

**Dear Policy Owner,**                    Re: Policy ███████513

We are delighted to welcome you to MONY Life Insurance Company of America. Over the years,   we have had the  privilege and responsibility of helping to provide financial security and protection to our customers and their families, and we appreciate the trust you have placed in us.

The enclosed policy provides you with detailed information regarding your life insurance. For additional assistance regarding the products and services we offer, please see the below contact information.

| **Mail** | **Information** |
|---|---|
| *Post Office Box* | **Toll-free phone** – 800-777-6510 |
| AXA Equitable – National Operations Center | 24/7 access through our Interactive |
| P.O. Box 1047 | Telephone Voice Portal |
| Charlotte, NC 28201 | |
| | Speak with a Customer Service |
| *Express Mail (street address)* | Representative Monday – Friday 8 a.m. |
| AXA Equitable – National Operations Center | to 7 p.m. Eastern Time |
| Suite 150 | |
| 8501 IBM Drive | |
| Charlotte, NC 28262 | **E-mail** – life-service@axa-equitable.com |
| | **Fax** – 704-540-9714 |

**Web**
**axa-equitable.com**
• Register here for online access to account information and customer service.
• View account details, perform certain transactions, print forms and find quick answers to
 common questions any time.
• Sign up for eDelivery to receive your notification of statement availability online (transactions,
 annual reports, prospectuses, etc.) as well as to retrieve past statements.

**Your financial professional**
Steven Bornstein at 954-646-4806

The ongoing relationship we have with our customers is at the heart of our business, and we strive to continue to serve your financial needs well into the future.

Sincerely,

Mark Pearson
Chairman and Chief Executive Officer
AXA Financial

**MONY LIFE INSURANCE COMPANY OF AMERICA**, an Arizona Stock Corporation, with main administrative office at 1290 Avenue of the Americas, New York, NY

Athena Indexed Universal Life is Co-Distributed by AXA Network, LLC and AXA Distributors, LLC
1290 Avenue of the Americas, New York, NY 10104

## ATTACHMENT 8

## SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc.   Attach any relevant documents.

NONE

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before _____.

MOR-16