UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                                            Case No.: 16-14542-RBR

Alutrade, LLC                                                     Chapter 11

Debtor.
_____/

## AFFIDAVIT OF DISBURSEMENT FROM 5/01/2016 TO 05/31/2016

RAFAEL TILLERO, as Managing Member of Alutrade, LLC, being duly sworn, attests as follows:

1. I am Rafael Tillero, Managing Member of the Debtor in the above styled action; I am over the age of 18 and legally competent to make the attestations contained herein.

2. In case # 16-14542-RBR for the period of May 1, 2016 to May 31, 2016, per the attached schedule of disbursements, the total disbursements were **$15,372.38.**

Further Affiant sayeth naught.

By: _____
Rafael Tillero
Title  MGRM

Sworn to and subscribed before me this
31 day of May, 2016

_____
Notary Public, State of Florida

CARMEN E. BARBA
NOTARY PUBLIC
STATE OF FLORIDA
Comm# FF103079
Expires 3/17/2018

4:10 PM
05/31/16

# Alutrade, LLC
## Bill Payments for All Vendors
### May 2016

| Vendor | Type | Num | Date | Amount | Memo |
|---|---|---|---|---|---|
| **May 16** | | | | | |
| Casya Business Sol... | Bill Pmt -Check | 1039 | 05/31/2016 | 200.00 | Professional Accounting Service June 2016 |
| FPL | Bill Pmt -Check | online | 05/23/2016 | 65.53 | FPL May 10, 2016 Electric Bill |
| Thomas Hacker | Bill Pmt -Check | 1034 | 05/13/2016 | 1,090.00 | Office Rent - 2 months - Caracas. Venezuela |
| FPL | Bill Pmt -Check | online | 05/09/2016 | 52.47 | FPL April 10, 2016 Electric Bill |
| Casya Business Sol... | Bill Pmt -Check | 1030 | 05/04/2016 | 200.00 | Professional Accounting Service May 2016 |
| **May 16** | | | | **1,608.00** | |

Page 1

4:11 PM
05/31/16

## Alutrade, LLC
## Checks for All Vendors
### May 2016

| Vendor | Num | Date | Account | Amount | Memo |
|---|---|---|---|---|---|
| **May 16** | | | | | |
| MLOA | DC | 05/26/2016 | TD Bank #5071 | 500.00 | RT Life Insurance |
| EDILSA BRANLY. | DD | 05/26/2016 | TD Bank #5071 | 335.96 | Payroll May 05/15/2016-05/31/2016 |
| RAFAEL TILLERO. | DD | 05/26/2016 | TD Bank #5071 | 1,766.00 | Payroll May 05/15/2016-05/31/2016 |
| MLOA | DC | 05/23/2016 | TD Bank #5071 | 500.00 | RT Life Insurance |
| US Trustee Payme... | 1031 | 05/17/2016 | TD Bank #5071 | 325.00 | Quaterly Fees |
| EDILSA BRANLY. | 1035 | 05/16/2016 | TD Bank #5071 | 332.46 | Payroll May 05/01/2016-05/15/2016 |
| RAFAEL TILLERO. | 1036 | 05/16/2016 | TD Bank #5071 | 1,766.00 | Payroll 05/15/16 |
| Thomas Hacker | 1033 | 05/13/2016 | TD Bank #5071 | 0.00 | VOID: |
| TD Bank | online | 05/06/2016 | TD Bank #5071 | 40.46 | Check Order |
| AMERICAN EXPRE... | 454757 | 05/05/2016 | TD Bank #5071 | 168.11 | PMT AMEX Closing Date 04/29/2016 |
| BMW FINANCIAL S... | 454758 | 05/05/2016 | TD Bank #5071 | 553.45 | Car Lease BMW |
| Maria Urosa | 1028 | 05/04/2016 | TD Bank #5071 | 1,480.00 | Administrative Services April |
| AMERICAN EXPRE... | 1029 | 05/04/2016 | TD Bank #5071 | 4,230.94 | PMT AMEX Closing Date 04/29/2016 |
| RAFAEL TILLERO. | 0100 | 05/02/2016 | TD Bank #5071 | 1,766.00 | Payroll April 04/15/2016-04/30/2016 |
| **May 16** | | | | **13,764.38** | |